

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-21-00001-CV

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

John G. **MCCORMACK**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00469
Honorable Cathleen M. Stryker, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, Petitioner's request for permission to appeal an otherwise non-appealable order is DENIED. This cause is remanded to the trial court. Costs of court for this petition for permissive appeal are taxed against Progressive County Mutual Insurance Company.

It is so **ORDERED** on January 20, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court